[No. 9334–4–III. Division Three. June 27, 1989.]

DEBORAH A. LEE, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Defendant,* TWIN CITY
FOODS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 87–2–00039–0, Jo Anne Alumbaugh, J.,
entered April 14, 1988. *Affirmed* by unpublished opinion

per Munson, J., concurred in by Thompson, C.J., and Shields, J.